IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-294-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOBIAS VAN COOLEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On June 21, 2015, Tobias Van Cooley, Jr. ("Cooley"), appearing pro se, filed a motion for a copy of his case file [D.E. 144]. The court construes the letter as motions to obtain the docket and pleadings without charge. To the extent his letter could be construed as a motion to obtain the documents without charge, the motion is DENIED.

The court notes that the defendant was represented by counsel in connection with his appeal. Defendant may, of course, consult with his counsel about the transcripts and case file that his counsel received concerning his case.

SO ORDERED. This the 26 day of October 2016.

                                            JAMES C. DEVER III
                                            Chief United States District Judge