IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-294-D
No. 5:15-CV-163-D
No. 5:16-CV-504-D

| | |
|---|---|
| TOBIAS VAN COOLEY, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

Petitioner filed a motion to extend time [D.E. 96] to respond to the government's response and motion to lift the stay of petitioner's motion to vacate under 28 U.S.C. § 2255. The motion is granted. If petitioner wishes to file a response, the response shall be filed with the court not later than December 15, 2017.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge