IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-294-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOBIAS VAN COOLEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Tobias Van Cooley, Jr. filed a motion to have his Presentence Investigation Report ("PSR") unsealed and a copy mailed to him [D.E. 110]. The court has reviewed the motion. The PSR remains sealed for the reasons stated in the letter of February 25, 2020. Defendant has exhausted his appeals and there is no reason at this time to unseal the PSR or to provide a copy of the PSR to him. Defendant's motion [D.E. 110] is DENIED.

SO ORDERED. This 11 day of Febraury 2021.

JAMES C. DEVER III
United States District Judge