IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-294-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOBIAS VAN COOLEY, JR., ) | |
| ) | |
| Defendant. ) | |

Tobias Van Cooley, Jr. ("defendant") filed a motion for a copy of his plea agreement [D.E. 113]. The court has reviewed the motion. The plea agreement remains sealed for the reasons stated in the letter of February 25, 2020. Defendant has exhausted his appeals and there is no reason at this time to unseal the plea agreement or to provide a copy of the plea agreement to him. Defendant's motion [D.E. 113] is DENIED.

SO ORDERED. This 17 day of February 2021.

JAMES C. DEVER III
United States District Judge