UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Tobias Van Cooley Jr. | Case Number: | 5:12-CR-294-1D |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | October 1, 2013 | | |
| Original Offense: | Possession of a Firearm by a Convicted Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | 114 months imprisonment; 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 6/25/2021 |
| Defense Attorney: | Joseph Bart Gilbert | | |

### EARLIER COURT ACTION

9/20/2021  The court approved a Violation Report agreeing to continue supervision after the defendant submitted a positive drug screen for marijuana. Additionally, the defendant was enrolled in substance abuse treatment.

2/15/2022  The court approved a Violation Report agreeing to take no further action and continue supervision after the defendant was charged with criminal conduct and submitted a positive drug screen for marijuana. Additionally, the defendant's substance abuse treatment was increased.

### PETITIONING THE COURT

Violation 1 -  Criminal conduct.

On August 18, 2022, the defendant committed the offenses of and was charged with Felon in Possession of a Firearm (22CR271763) and Flee to Elude Arrest, Possess Marijuana Paraphernalia, and Resist Public Officer (22CR271747) in Brunswick County, North Carolina. The defendant was released from custody on a $50,000 secured bond. The charges remain pending.

Violation 2 -  Using a controlled substance.

On August 24, 2022, the defendant submitted to urinalysis that returned positive for marijuana from the laboratory on August 30, 2022.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has pending criminal charges, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

Tobias Van Cooley Jr.
Docket No. 5:12-CR-294-1D
PROB 12C
Page 2

This the 2nd day of September, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: September 2, 2022

---

THE COURT ORDERS:

☑ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

_/s/ Dever_      9/2/22
James C. Dever III      Date
U.S. District Judge